UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERIZON TRADEMARK SERVICES LLC;
and VERIZON LICENSING COMPANY,

     Plaintiffs,

v.                                                                                   Case No. 8:10-cv-00665-VMC-TGW

THE PRODUCERS, INC.; INTERCOSMOS
MEDIA GROUP INC. d/b/a
DIRECTNIC.COM; DIRECTNIC, L.L.C.;
DIRECTNIC LTD.; DOMAIN CONTENDER,
L.L.C.; SIGMUND J. SOLARES;
MICHAEL H. GARDNER; NOAH S. LIESKE;
and DOES 1-10,

     Defendants.

_____/

## APPLICATION OF A NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE AND WRITTEN DESIGNATION OF LOCAL COUNSEL AND CONSENT-TO-ACT (Local Rule 2.02)

I, DAVID J. STEELE, Esquire, hereby apply to the Court under Rule 2.02 of the Rules of

the United States District Court for the Middle District of Florida, for permission to appear and

participate in the above-entitled action on behalf of the Plaintiffs, VERIZON TRADEMARK

SERVICES LLC and VERIZON LICENSING COMPANY, by whom I have been retained as

trial counsel.

I am an attorney with the firm of CHRISTIE, PARKER & HALE, LLP, was admitted to

the Bar in the State of California in 2000, and am a member in good standing of the California

State Bar, and the United States District Court for the Central District of California and Northern

District of California.

I am not a resident of the State of Florida, and I do not maintain an office in Florida for

the practice of law.

1

I designate John N. Muratides of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., whose address is 401 East Jackson Street, Suite 2200, Tampa, Florida 33602, who is a member of the Bar of this Court and who maintains an office in Florida for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom all notices and papers may be served.

I certify that the fee and e-mail registration requirements of Rule 2.01(d), are being complied with simultaneously with the filing of this Application.

Dated: March 22, 2010

David J. Steele
California Bar No. 209797
Attorney for Plaintiffs
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road
Suite 6000 - North Tower
Newport Beach, CA  92660
Telephone:  (949) 476-0757
Facsimile:   (949) 476-8640
Email:  djslit@cph.com

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

Dated: March 29, 2010

s/John N. Muratides
John N. Muratides
Florida Bar No. 332615
Attorney for Plaintiffs
STEARNS WEAVER MILLER WEISSLER
  ALHADEFF & SITTERSON, P.A.
401 E. Jackson Street, Suite 2200
Post Office Box 3299
Tampa, Florida 33601
Telephone: (813) 223-4800
Facsimile: (813) 222-5089
Email: jmuratides@swmwas.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, ___, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

s/John N. Muratides
John N. Muratides
Florida Bar No. 332615
Attorney for Plaintiffs
STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
401 E. Jackson Street, Suite 2200
Post Office Box 3299
Tampa, Florida 33601
Telephone: (813) 223-4800
Facsimile: (813) 222-5089
Email: jmuratides@swmwas.com