UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERIZON TRADEMARK SERVICES, )
LLC and VERIZON LICENSING )
COMPANY, )
               Plaintiffs, )
vs. )   CASE NO: 8:10-cv-00665-VMC-TGW
)
THE PRODUCERS, INC., )
INTERCOSMOS MEDIA GROUP, INC. )
d/b/a DIRECTNIC.COM, DIRECTNIC, )
LLC, DIRECTNIC LTD., DOMAIN )
CONTENDER, LLC, SIGMUND J. )
SOLARES, MICHAEL H. GARDNER, )
NOAH S. LIESKE, and DOES 1-10, )
)
               Defendants. )

## JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT NOAH S. LIESKE TO RESPOND TO PLAINTIFFS' COMPLAINT

The undersigned parties, by and through their counsel, hereby stipulate and agree that the time for filing Defendant NOAH S. LIESKE'S response to Plaintiffs' Complaint is extended an additional thirty (30) days to May 10, 2010.

Dated this 9th day of April 2010.

| /s/ John N. Muratides | /s/ Jason Hunter Korn |
|---|---|
| John N. Muratides | Jason Hunter Korn |
| Florida Bar No. 332615 | Florida Bar No. 0066117 |
| STEARNS, WEAVER, MILLER, WEISSLER | David Todd Lupo |
|   ALHADEFF& SITTERSON, P.A. | Florida Bar No. 0181540 |
| 401 E. Jackson Street, Suite 2200 | COHEN & GRIGSBY, P.C. |
| Post Office Box 3299 | 27200 Riverview Center Blvd., Suite 309 |
| Tampa, Florida 33601 | Bonita Springs, Florida 34134 |
| Telephone: (813) 223-4800 | Telephone: (239) 390-1900 |
| Facsimile: (813) 222-5089 | Facsimile: (239) 390-1901 |
| Email: jmuratides@swmwas.com | Email: jkorn@cohenlaw.com |
| Attorneys for Plaintiffs | Attorneys for Defendant Noah S. Lieske |

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April 2010, the foregoing Stipulation was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

I also certify that I have mailed by United States Postal Service this document to the following non CM/ECF participant as follows:

>David J. Steele, Esq.
>Christie, Parker & Hale, LLP
>Suite 6000 – North Tower
>Newport Beach, California 92660
>
>Howard A. Kroll, Esq.
>Christie, Parker & Hale
>350 West Colorado Boulevard, Suite 500
>Pasadena, California 91009-7068

>/s/ Jason Hunter Korn
>

1550100_1.DOC