UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERIZON TRADEMARK SERVICES,
LLC., et al.

      Plaintiffs,

v.                                    CASE No. 8:10-CV-665-T-33TGW

THE PRODUCERS, INC., et al.,

      Defendants.

## ORDER

It is appropriate to recuse myself from sitting as United States Magistrate Judge in this matter because my son is an attorney with the law firm representing the defendants in this case. 28 U.S.C. 455(a). Accordingly, the Clerk is DIRECTED to assign this case by random selection.

IT IS SO ORDERED.

DONE and ORDERED at Tampa, Florida, this 10th day of May, 2010.

                                            THOMAS G. WILSON
                                       UNITED STATES MAGISTRATE JUDGE