IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERIZON TRADEMARK SERVICES, LLC,
and VERIZON LICENSING COMPANY,

    Plaintiffs,

CASE NO.: 8:10-cv-00665-VMC-TGW

vs.

THE PRODUCERS, INC.; INTERCOSMOS
MEDIA GROUP INC. d/b/a DIRECTNIC.COM;
DIRECTNIC, L.L.C.; DIRECTNIC, LTD.; DOMAIN
CONTENDER, L.L.C.; SIGMUND J. SOLARES;
MICHAEL H. GARDNER; NOAH S. LIESKE,
and DOES 1-10,

    Defendants.
_____/

## THE PRODUCERS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL

Defendant, The Producers, Inc., by and through the undersigned counsel, hereby files this Answer, and respectfully avers as follows:

## ANSWER

1. The allegations contained in Paragraph 1 of the Complaint are denied for lack of sufficient information to justify a belief therein.

2. The allegation contained in Paragraph 2 of the Complaint is denied for lack of sufficient information to justify a belief therein.

3. The allegation contained in Paragraph 3 of the Complaint is denied for lack of sufficient information to justify a belief therein.

4. The allegations contained in Paragraph 4 of the Complaint are admitted.

5. The allegations contained in Paragraph 5 of the Complaint are admitted.

6. The allegations contained in Paragraph 6 of the Complaint are admitted.

7. The allegations contained in Paragraph 7 of the Complaint are denied for lack of sufficient information to justify a belief therein.

8. The allegations contained in Paragraph 8 of the Complaint are denied for lack of sufficient information to justify a belief therein.

9. The allegations contained in Paragraph 9 of the Complaint are denied for lack of sufficient information to justify a belief therein.

10. The allegations contained in Paragraph 10 of the Complaint are admitted.

11. The allegations contained in Paragraph 11 of the Complaint are denied for lack of sufficient information to justify a belief therein.

12. The allegations contained in Paragraph 12 of the Complaint are denied for lack of sufficient information to justify a belief therein.

13. The allegations contained in Paragraph 13 of the Complaint are admitted.

14. The allegations contained in Paragraph 14 of the Complaint are denied for lack of sufficient information to justify a belief therein.

15. The allegations contained in Paragraph 15 of the Complaint are denied for lack of sufficient information to justify a belief therein.

16. The allegations contained in Paragraph 16 of the Complaint are admitted.

17. The allegations contained in Paragraph 17 of the Complaint are denied for lack of sufficient information to justify a belief therein.

18. The allegations contained in Paragraph 18 of the Complaint are denied for lack of sufficient information to justify a belief therein.

19. The allegations contained in Paragraph 19 of the Complaint are denied for lack of

sufficient information to justify a belief therein.

20. The allegations contained in Paragraph 20 of the Complaint are denied for lack of sufficient information to justify a belief therein.

21. The allegations contained in Paragraph 21 of the Complaint are denied for lack of sufficient information to justify a belief therein.

22. The allegations contained in Paragraph 22 of the Complaint are admitted.

23. The allegations contained in Paragraph 23 of the Complaint are admitted.

24. The allegations contained in Paragraph 24 of the Complaint are admitted insofar as Defendant resides in this judicial district.

25. The allegations contained in Paragraph 25 of the Complaint are denied for lack of sufficient information to justify a belief therein.

26. The allegations contained in Paragraph 26 of the Complaint are denied for lack of sufficient information to justify a belief therein.

27. The allegations contained in Paragraph 27 of the Complaint are denied for lack of sufficient information to justify a belief therein.

28. The allegations contained in Paragraph 28 of the Complaint are denied for lack of sufficient information to justify a belief therein.

29. The allegations contained in Paragraph 29 of the Complaint are denied for lack of sufficient information to justify a belief therein.

30. The allegations contained in Paragraph 30 of the Complaint are denied for lack of sufficient information to justify a belief therein.

31. The allegations contained in Paragraph 31 of the Complaint are denied for lack of sufficient information to justify a belief therein.

32. The allegations contained in Paragraph 32 of the Complaint are denied for lack of sufficient information to justify a belief therein.

33. The allegations contained in Paragraph 33 of the Complaint are denied for lack of sufficient information to justify a belief therein.

34. The allegations contained in Paragraph 34 of the Complaint are denied for lack of sufficient information to justify a belief therein.

35. The allegations contained in Paragraph 35 of the Complaint are denied for lack of sufficient information to justify a belief therein.

36. The allegations contained in Paragraph 36 of the Complaint are denied for lack of sufficient information to justify a belief therein.

37. The allegations contained in Paragraph 37 of the Complaint are denied for lack of sufficient information to justify a belief therein.

38. The allegations contained in Paragraph 38 of the Complaint are denied for lack of sufficient information to justify a belief therein.

39. The allegations contained in Paragraph 39 of the Complaint are denied for lack of sufficient information to justify a belief therein.

40. The allegations contained in Paragraph 40 of the Complaint are denied for lack of sufficient information to justify a belief therein.

41. The allegations contained in Paragraph 41 of the Complaint are denied for lack of sufficient information to justify a belief therein.

42. The allegations contained in Paragraph 42 of the Complaint are denied for lack of sufficient information to justify a belief therein.

43. The allegations contained in Paragraph 43 of the Complaint are denied for lack of

sufficient information to justify a belief therein.

44. The allegations contained in Paragraph 44 of the Complaint are denied for lack of sufficient information to justify a belief therein.

45. The allegations contained in Paragraph 45 of the Complaint are denied for lack of sufficient information to justify a belief therein.

46. The allegations contained in Paragraph 46 of the Complaint are denied for lack of sufficient information to justify a belief therein.

47. The allegations contained in Paragraph 47 of the Complaint are denied for lack of sufficient information to justify a belief therein.

48. The allegations contained in Paragraph 48 of the Complaint are denied for lack of sufficient information to justify a belief therein.

49. The allegations contained in Paragraph 49 of the Complaint are denied for lack of sufficient information to justify a belief therein.

50. The allegations contained in Paragraph 50 of the Complaint are denied for lack of sufficient information to justify a belief therein.

51. The allegations contained in Paragraph 51 of the Complaint are denied for lack of sufficient information to justify a belief therein.

52. The allegations contained in Paragraph 52 of the Complaint are denied for lack of sufficient information to justify a belief therein.

53. The allegations contained in Paragraph 53 of the Complaint are denied for lack of sufficient information to justify a belief therein.

54. The allegations contained in Paragraph 54 of the Complaint are denied for lack of sufficient information to justify a belief therein.

55. The allegations contained in Paragraph 55 of the Complaint are denied for lack of sufficient information to justify a belief therein.

56. The allegations contained in Paragraph 56 of the Complaint are denied for lack of sufficient information to justify a belief therein.

57. The allegations contained in Paragraph 57 of the Complaint are denied for lack of sufficient information to justify a belief therein.

58. The allegations contained in Paragraph 58 of the Complaint are denied for lack of sufficient information to justify a belief therein.

59. The allegations contained in Paragraph 59 of the Complaint are denied.

60. The allegations contained in Paragraph 60 of the Complaint are admitted.

61. The allegations contained in Paragraph 61 of the Complaint are admitted

62. The allegations contained in Paragraph 62 of the Complaint are admitted insofar as Solares is and/or was at one time a director or owner of Intercosmos. The allegations are otherwise denied.

63. The allegations contained in Paragraph 63 of the Complaint are admitted insofar as Lieske is and/or was at one time a director or owner of Intercosmos. The allegations are otherwise denied.

64. The allegations contained in Paragraph 64 of the Complaint are admitted insofar as Gardner is and/or was at one time a director or owner of Intercosmos. The allegations are otherwise denied.

65. The allegations contained in Paragraph 65 of the Complaint are admitted.

66. The allegations contained in Paragraph 66 of the Complaint are denied for lack of sufficient information to justify a belief therein.

67. The allegations contained in Paragraph 67 of the Complaint are admitted.

68. The allegations contained in Paragraph 68 of the Complaint are admitted.

69. The allegations contained in Paragraph 69 of the Complaint are admitted.

70. The allegations contained in Paragraph 70 of the Complaint are denied.

71. The allegations contained in Paragraph 71 of the Complaint are admitted.

72. The allegations contained in Paragraph 72 of the Complaint are denied.

73. The allegations contained in Paragraph 73 of the Complaint are admitted. However, to the extent the allegations rely on Exhibit 5 to the Complaint, they are denied.

74. The allegations contained in Paragraph 74 of the Complaint are admitted. However, to the extent the allegations rely on Exhibit 5 to the Complaint, they are denied.

75. The allegations contained in Paragraph 75 of the Complaint are admitted insofar as Lieske was at one time a director or owner of The Producers. However, to the extent the allegations rely on Exhibit 5 to the Complaint, they are denied.

76. The allegation contained in Paragraph 76 of the Complaint is denied.

77. The allegations contained in Paragraph 77 of the Complaint are admitted insofar as Solares was at one time a director or owner of Domain Contender. However, to the extent the allegations rely on Exhibit 5 to the Complaint, they are denied.

78. The allegations contained in Paragraph 78 of the Complaint are admitted insofar as Lieske was at one time a director or owner of Domain Contender. However, to the extent the allegations rely on Exhibit 5 to the Complaint, they are denied.

79. The allegations contained in Paragraph 79 of the Complaint are admitted insofar as Gardner was at one time a director or owner of Domain Contender. However, to the extent the allegations rely on Exhibit 5 to the Complaint, they are denied.

80. The allegations contained in Paragraph 80 of the Complaint are denied.

81. The allegations contained in Paragraph 81 of the Complaint are denied.

82. The allegations contained in Paragraph 82 of the Complaint are denied.

83. The allegations contained in Paragraph 83 of the Complaint are denied.

84. The allegations contained in Paragraph 84 of the Complaint are denied.

85. The allegations contained in Paragraph 85 of the Complaint are denied.

86. The allegations contained in Paragraph 86 of the Complaint are denied.

87. The allegations contained in Paragraph 87 of the Complaint are denied.

88. The allegations contained in Paragraph 88 of the Complaint are denied.

89. The allegations contained in Paragraph 89 of the Complaint are denied.

90. The allegations contained in Paragraph 90 of the Complaint are denied.

91. The allegations contained in Paragraph 91 of the Complaint are denied.

92. The allegations contained in Paragraph 92 of the Complaint are denied.

93. The allegations contained in Paragraph 93 of the Complaint are denied.

94. The allegations contained in Paragraph 94 of the Complaint are denied for lack of sufficient information to justify a belief therein.

95. The allegations contained in Paragraph 95 of the Complaint are denied.

96. The allegations contained in Paragraph 96 of the Complaint are denied for lack of sufficient information to justify a belief therein.

97. The allegations contained in Paragraph 97 of the Complaint are denied.

98. The allegations contained in Paragraph 98 of the Complaint are denied.

99. The allegations contained in Paragraph 99 of the Complaint are denied.

100. The allegations contained in Paragraph 100 of the Complaint are denied.

101. The allegations contained in Paragraph 101 of the Complaint are denied.

102. The allegations contained in Paragraph 102 of the Complaint are denied.

103. The allegations contained in Paragraph 103 of the Complaint are denied.

104. The allegations contained in Paragraph 104 of the Complaint are denied.

105. The allegations contained in Paragraph 105 of the Complaint are denied.

106. The allegations contained in Paragraph 106 of the Complaint are denied.

107. The allegations contained in Paragraph 107 of the Complaint are denied.

108. The allegations contained in Paragraph 108 of the Complaint are denied.

109. The allegations contained in Paragraph 109 of the Complaint are denied.

110. The allegations contained in Paragraph 110 of the Complaint are denied.

111. The allegations contained in Paragraph 111 of the Complaint are denied.

112. The allegations contained in Paragraph 112 of the Complaint are denied.

113. The allegations contained in Paragraph 113 of the Complaint are denied.

114. The allegations contained in Paragraph 114 of the Complaint are denied.

115. The allegations contained in Paragraph 115 of the Complaint are denied.

116. The allegations contained in Paragraph 116 of the Complaint are denied.

117. The allegations contained in Paragraph 117 of the Complaint are denied.

118. The allegations contained in Paragraph 118 of the Complaint are denied.

119. The allegations contained in Paragraph 119 of the Complaint are denied.

120. The allegations contained in Paragraph 120 of the Complaint are denied.

121. The allegations contained in Paragraph 121 of the Complaint are denied.

122. The allegations contained in Paragraph 122 of the Complaint are denied.

123. The allegations contained in Paragraph 123 of the Complaint are denied.

124.    The allegations contained in Paragraph 124 of the Complaint are denied.

125.    The allegations contained in Paragraph 125 of the Complaint are denied.

126.    The allegations contained in Paragraph 126 of the Complaint are denied.

127.    The allegations contained in Paragraph 127 of the Complaint are denied.

128.    The allegations contained in Paragraph 128 of the Complaint are denied.

129.    The allegations contained in Paragraph 129 of the Complaint are denied.

130.    The allegations contained in Paragraph 130 of the Complaint are denied.

131.    The allegations contained in Paragraph 131 of the Complaint are denied.

132.    The allegations contained in Paragraph 132 of the Complaint are denied.

## AFFIRMATIVE DEFENSES

### 1. Unclean Hands

Some or all of Plaintiffs' claims and/or remedies are barred in whole or in part by the doctrine of "unclean hands."

### 2. Estoppel

Some or all of Plaintiffs' claims and/or remedies are barred in whole or in part by estoppel.

### 3. Statue of Limitations / Laches

Some or all of Plaintiffs' claims and/or remedies are barred in whole or in part by the doctrines of statute of limitations and/or laches.

### 4. ACPA Immunity

Defendants are immune from liability in whole or in part pursuant to the Anticybersquatting Consumer Protection Act, including 15 U.S.C. § 1114(D)(iii).

### 5. CDA Immunity

Defendants are immune from liability in whole or in part pursuant to the Communications Decency Act, including 47 U.S.C. § 230.

### 6. Actions Permitted by Contract

Defendants are contractually permitted by ICANN to operate an SLD name private or "proxy" registration protection service.

### 7. Failure to Mitigate Damages

Plaintiffs have not taken sufficient steps to mitigate its damages, if any.

### 8. Failure to State a Claim

The Complaint fails to state a claim upon which relief can be granted.

### 9. Third-Party Liability

Third parties are liable to Defendants for all or part of Plaintiffs' claims against Defendants.

### RELIEF REQUESTED

Wherefore, Defendant, The Producers, Inc., respectfully requests this Court to enter a judgment in Defendant's favor and against Plaintiffs, and to award Defendant its costs, attorneys fees, and such other and further relief as the Court deems appropriate.

### DEMAND FOR JURY TRIAL

Defendant demands a jury on all issues so triable.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 25, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed

the foregoing document and the notice of electronic filing by first-class mail any non-CM/ECF participants.

                                             s/V. Stephen Cohen
                                             V. Stephen Cohen, Esq.
                                             scohen@wsmslaw.com
                                             Florida Bar No. 0948756
                                             William J. Schifino, Jr., Esq.
                                             bschifino@wsmslaw.com
                                             Florida Bar No. 564338
                                             Joseph T. King, Esq.
                                             jking@wsmslaw.com
                                             Florida Bar No. 0637051
                                             Williams Schifino Mangione & Steady, P.A.
                                             P.O. Box 380
                                             Tampa, Florida 33601-0380
                                             (813) 221-2626 (telephone)
                                             (813) 221-7335 (facsimile)
                                             Attorneys for Defendants The Producers, Inc.

::ODMA\PCDOCS\DOCS\253241\1