UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERIZON TRADEMARK SERVICES LLC;
and VERIZON LICENSING COMPANY,

    Plaintiffs,

v.                                      Case No. 8:10-CV-00665-VMC-EAJ

THE PRODUCERS, INC.; INTERCOSMOS
MEDIA GROUP INC. d/b/a DIRECTNIC.COM;
DIRECTNIC, L.L.C.; DIRECTNIC LTD.;
DOMAIN CONTENDER, L.L.C.; SIGMUND J.
SOLARES; MICHAEL H. GARDNER;
NOAH S. LIESKE; and DOES 1-10,

    Defendants.

**DECLARATION OF ANNE F. BRADLEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY INTERCOSMOS MEDIA GROUP, INC., DIRECTNIC, LLC, DOMAIN CONTENDER, LLC, AND DIRECTNIC LTD.**

I, Anne F. Bradley, declare as follows:

1.    I am an attorney with the law firm of Christie, Parker & Hale, LLP, counsel for Plaintiffs Verizon Trademark Services LLC, and Verizon Licensing Company (collectively, "Verizon"). The matters set forth below are of my personal knowledge and, if called as a witness, I would testify competently to each of the following facts.

2.    Vehicle registration records from the Florida Department of Motor Vehicles indicate that Sigmund Solares resides in Tampa, Florida. Public Hillsborough County property records indicate the Sigmund J. Solares is the owner of a property at 3618 W. Horatio St, Tampa, Florida and that Mr. Solares claims a Homestead Exemption because he

has established this address as his primary residence.  Attached to this Declaration as Exhibit 1 is a printout of these vehicle registration and property records.

3. Verizon, thought its process servers, has made at least 10 attempts, between March and June, 2010, to serve the complaint and summons in this matter on Sigmund Solares at 3618 W. Horatio St., Tampa, Florida.

4. Verizon, through its process servers, has also attempted to serve the complaint and summons in this matter on Sigmund Solares at 339 Baronne St. #200, in New Orleans, Louisiana and at 1517 Hall Ave., Metaire, Louisiana on May 15, 2010 and May 19, 2010, respectively.

5. On May 24, 2010, the United States Postal Service confirmed that Sigmund Solares receives mail at 3618 W. Horatio St., Tampa, Florida.

6. On June 2, 2010, Verizon sent the complaint and summons in this matter with a Notice of Lawsuit and Request to Waive Service of Summons, by United States mail to Sigmund Solares at 3618 W. Horatio St., Tampa, Florida.  United States Postal Service has confirmed that this mail was delivered on June 5, 2010.

7. In June 2007, Sigmund J. Solares filed and affidavit the matter of Dell, Inc. vs. Sigmund J. Solares; Intercosmos Media Group, Inc. d/b/a DirectNic.com; Domain Contender, LLC; Alternative Identity, Inc. a/k/a NOLDC, INc. and Zipa Inc.  Attached to this Declaration as Exhibit 2 is a copy of the affidavit.  In this affidavit, Sigmund Solares states, at paragraph 3, that he "is the Chief Executive Officer and a member and shareholder of Defendants Intercosmos Media Group, Inc. d/b/a DirectNIC.com [and] Domain Contender, L.L.C."  Mr. Solares also states, at paragraph 5, that Michael Gardner and Noah Lieske are

shareholders or members of Intercosmos Media Group, Inc. d/b/a DirectNIC.com and Domain Contender, L.L.C.

8. An announcement dated December 23, 2008, regarding the transition of the directnic.com registrar accreditation from Intercosmos Media Ltd. to DirectNic LTD is available at directnic.com. Attached to this Declaration as Exhibit 3 is a copy of this announcement.

9. The December 23, 2008 announcement states: "On January 7th, 2009 Intercosmos Media Group, Inc., doing business as directNIC.com, will be transferring its ICANN registrar accreditation to DirectNIC, LTD At the conclusion of this process, our consolidated group of companies will have offices in New Orleans, LA; Tampa, FL; Schaffhausen, Switzerland; and Grand Cayman, Cayman Islands, which is the jurisdiction for DirectNIC, LTD. The same owners will still be here to ensure that your customer experience exceeds all of your expectations. Our customer support operations will remain in our current location in New Orleans, Louisiana, and you can still reach us at the same phone number: 877.856.9598. Most importantly, the very same support staff will be here to address any questions or concerns you might have."

10. In February 2009 The Producers, Inc. posted an advertisement for the position of Chief Technical Officer/Chief Information Officer, on the technology employment website dice.com. The advertisement states: "The Producers, Inc. and related entities (TPI) is a privately held leading domain names registration service provider, domain names portfolio holder, online advertising media solutions and web hosting company. Our customers, range from individual small business owners to Fortune 500 companies, and

consist of over 500,000 domain name registrants worldwide with over 3,800,000 domain names. The Producers, was founded in 2006 by a small group of entrepreneurs, who since 1999 have achieved remarkable success, in creating internationally renowned technology companies. Today we have offices in Tampa, Florida; New Orleans, Louisiana; Schaffhausen, Switzerland; and Georgetown, Grand Cayman. Presently we are looking for a Chief Technical Officer/Chief Information Officer to join us in our Tampa, Florida office." Attached to this Declaration as Exhibit 4 is the complete text from the February 2009 advertisement.

11. The February 2009 advertisement describes the position of Chief Technical Officer/Chief Information Officer as "a member of the executive team." Some of the duties and responsibilities identified in this advertisement include: "Responsible for all IT initiatives including Disaster Recovery, Compliance, Infrastructure, Application development and Security"; "Creates, maintains and enforces relevant written policies, procedures, and workflows regarding all technology operations and systems"; "Performs all functions of personnel management of department employees and manages staff to ensure that the technology needs of the Company and its customers are met with the highest rate of satisfaction and responsiveness"; and "Identifies changes, trends and areas for improvement and presents results to the Executive Team in order to drive/support decisions."

12. On January 11, The Producers, Inc. or one of the other Defendants posted an advertisement for the position of Statistical Analyst on the employment website peoplex.com. This advertisement contains an identical description of the consolidated companies" to the February 2009 advertisement, except that the words "The Producers" and

"TPI" have been replaced with the words "Our Organization."  Attached to this Declaration and Exhibit 5 is a copy of the advertisement as it appeared on the employment website peoplex.com, and a page from Google's cache of all listings at the peoplex.com website showing that the advertisement was posted on January 11, 2010.

13. The January 11, 2010, Statistical Analyst position was also advertised as "in our Tampa, Florida office."  The advertisement states: "This position will handle pricing, data mining and reporting, and strategic business analysis for all lines of business within the company."

14. Intercosmos Media Group d/b/a directnic.com ("IMG") was a domain name registrar, accredited by the International Corporation for Assigned Names and Numbers ("ICANN"), for at least four years prior to January 2009.  IMG's website was available at directnic.com.

15. Domain Contender, LLC ("DC"), was also an ICANN accredited registrar prior to 2009.

16. DirectNIC LTD has been an ICANN accredited registrar since January 2009 when it took over IMG's registrar accreditation. DirectNIC LTD's current website is available at directnic.com.

17. Domain name registrar businesses are typically operated over the Internet. Most registrars maintain a website that is used as an interface to permit users to register domain names directly through an automatic system.  Many registrars also permit users to create accounts, process payments, manage domain name portfolios and web hosting configurations, and manage technical support requests through their websites.  The website at

directnic.com appears to permit users to do all of these things using the registrar's automatic system. Because most if not all of this registrar business is conducted over the Internet, much of it managed by the automated system accessed through directnic.com, this website is the virtual equivalent of the central office for directnic.com's registrar business. It appears that the directnic.com registrar business is operated almost exclusively through this website.

18. Domain name registrars typically receive payments from their clients for each domain name they register. Domain name registration agreements are typically for a term of one year, and may be renewed near the end of the term or may be configured to renew automatically.

19. On October 11, 2007, Donny Simonton, Chief Information Officer for Intercosmos Media (the predecessor in interest to DirectNic Ltd.) was a presenter at the T.R.A.F.F.I.C. conference in Hollywood, Florida. Donny Simonton presented at a session called "Meet the Registrars" in which representatives for four registrars offered advice to attendees. Attached to this Declaration as Exhibit 6 is a photo of Donny Simonton at this conference and a screen capture of T.R.A.F.F.I.C. conference promotion materials claiming that this conference is "The #1 Domain Industry Conference & Expo."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of June, 2010 in Newport Beach, California.

_Anne F. Bradley_
Anne F. Bradley

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 8, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: _____

>  /s/David J. Steele
> David J. Steele
> (Admitted *pro hac vice*)
> Attorney for Plaintiffs
> CHRISTIE, PARKER & HALE, LLP
> 3501 Jamboree Road
> Suite 6000 - North Tower
> Newport Beach, CA  92660
> Tel.: 949-476-0757
> Fax: 949-476-8640
> Email: djslit@cph.com

LLB IRV1119257.2-*-06/8/10 7:52 PM