**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| VERIZON TRADEMARK SERVICES, LLC and VERIZON LICENSING COMPANY, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>THE PRODUCERS, INC., INTERCOSMOS MEDIA GROUP, INC. d/b/a DIRECTNIC.COM, DIRECTNIC, LLC, DIRECTNIC LTD., DOMAIN CONTENDER, LLC, SIGMUND J. SOLARES, MICHAEL H. GARDNER, NOAH S. LIESKE, and DOES 1-10,<br><br>Defendants. | CASE NO.: 8:10-cv-00665-VMC-EAJ |

## NOTICE OF APPEARANCE/WITHDRAWAL OF COUNSEL

Defendants, The Producers, Inc., Intercosmos Media Group, Inc. d/b/a Directnic.com, Directnic, LLC, Directnic, LTD, Domain Contender, LLC, and Michael H. Gardner, by counsel, hereby give notice that V. Stephen Cohen, Esquire, has resigned from Williams, Schifino, Mangione & Steady, P.A. effective July 1, 2010. Accordingly, defendants respectfully request that: (1) William J. Schifino, Jr., Esq. and Joseph. T. King, Esq. of Williams Schifino Mangione & Steady, P.A. be authorized to appear as counsel on behalf of the defendants, and (2) this Court allow Mr. Cohen to withdraw as counsel and to be removed from the ECF docketing.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that, on June 30, 2010, he has conferred with counsel for the Plaintiffs with respect to the relief requested in this notice, and that Plaintiffs have no objection.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 1, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail any non-CM/ECF participants.

s/ V. Stephen Cohen
V. Stephen Cohen, Esq.
scohen@wsmslaw.com
Florida Bar No. 0948756
William J. Schifino, Jr., Esq.
wschifino@wsmslaw.com
Florida Bar No. 564338
Joseph T. King, Esq.
jking@wsmslaw.com
Florida Bar No. 0637051
Williams Schifino Mangione & Steady, P.A.
P.O. Box 380
Tampa, Florida 33601-0380
(813) 221-2626 (telephone)
(813) 221-7335 (facsimile)

Attorneys for Defendants The Producers Inc., Intercosmos Media Group Inc. d/b/a Directnic.com, directNIC, L.L.C., Directnic, LTD, Domain Contender, L.L.C, and Michael Gardner.