UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

CASE NO.  8:10-CIV-665-T-33EAJ          DATE    October 7, 2010

TITLE       Verizon Trademark Services, LLC, et al. vs. The Producers, Inc., et al.

TIME       11:30-11:50a.m.                 TOTAL   20 minutes

*HONORABLE VIRGINIA M. HERNANDEZ COVINGTON*

Courtroom Deputy: Leida Santiago          Court Reporter: Paul Spangler

| Attorney(s) for Plaintiff: | Attorney(s) for Defendant(s): | Defendant(s): |
|---|---|---|
| Howard Kroll, Esq. | Joseph King Esq. | |
| David Steele, Esq. | Frederick Tolhurst, Esq. | |
| Mimi Sall, Esq. | Jason Korn, Esq. | |

*PROCEEDINGS OF TELEHONIC STATUS CONFERENCE*

Court called to order. Messrs. Tolhurst and Korn allowed to appear by phone. The Court has some concerns as to the service of Defendant Solaris by the Plaintiff. Proffer by Mr. Kroll. Counsel feels Defendant is evading service. Mr. Kroll moves for permission to file an amended complaint. Mr. King objects to said request. The Court places this matter on an abbreviated schedule for the filing of a motion to dismiss, if deemed necessary. The Court orally grants the Plaintiff's request to file an amended complaint. Said amended complaint MUST be filed by noon, October 8, 2010. Secretary of State is to be served by October 12. Answer will be due within 21 days. The Court recesses.