IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERIZON TRADEMARK SERVICES, LLC,
and VERIZON LICENSING COMPANY,

    Plaintiffs,

CASE NO.: 8:10-cv-00665-VMC-EAJ

vs.

THE PRODUCERS, INC.; INTERCOSMOS
MEDIA GROUP INC. d/b/a DIRECTNIC.COM;
DIRECTNIC, L.L.C.; DIRECTNIC, LTD.; DOMAIN
CONTENDER, L.L.C.; SIGMUND J. SOLARES;
MICHAEL H. GARDNER; NOAH S. LIESKE,
and DOES 1-10,

    Defendants.
_____/

## DECLARATION OF JAMES MACALLUM

WEST BAY, GRAND CAYMAN

CAYMAN ISLANDS

    The undersigned, being duly sworn, deposes and says as follows:

    1. My name is James Macallum.

    2. I am over the age of 18 and have personal knowledge of all facts set forth in this Affidavit.

    3. I am the Chief Technical Officer of Defendant, directNIC, Ltd. ("DNLTD") and I am familiar with the business records kept in the regular course of business for this entity.

    4. I have personal knowledge of the facts stated in this Declaration, and make this Declaration in support of DNLTD's motion to dismiss this action on the grounds of lack of personal jurisdiction.

    5. DNLTD is a corporation organized under the laws of the Cayman Islands. The headquarters and principal place of business of DNLTD has been in Grand Cayman, Cayman Islands since the company's formation in 2008.

6. DNLTD maintains separate daily operations and operates under a trade and business license issued by the Cayman authorities to carry on its business of providing a domain name registration service.

7. DNLTD currently possesses the ICANN accreditation transferred to it by Defendant Intercosmos Media Group, Inc. d/b/a directNIC.com ("IMG") in its own name.

8. DNLTD contracts with its customers under its registered name for all domain name registration transaction.

9. DNLTD is adequately capitalized and regularly files all applicable annual reports and pays the associated fees to remain in good standing with the Cayman authorities.

10. All other corporate formalities of DNLTD, including but not limited to the keeping of corporate minutes, the passing of board resolutions, are observed from DNLTD's principal place of business in the Cayman Islands.

11. DNLTD maintains separate business departments and corporate records from the other company Defendants in this case.

12. DNLTD maintains separate bank accounts from each of the other Defendants named in this litigation.

13. DNLTD files regular tax returns with the Swiss and Cayman authorities, and a foreign return with the United States of America.

14. Throughout the time of DNLTD providing a domain name registration service, an aggregate total of over 1.5 million domain names were registered. From this total, Plaintiffs allege that 2 were sold to the Florida Residents (e.g., Defendants Solares, Gardner, and Lieske), which equates to 0.000133 percent of DNLTD's overall registrations.

*[Signatures on the following page]*

FURTHER AFFIANT SAYETH NOT.

_____
James Macallum

WEST BAY GRAND CAYMAN

CAYMAN ISLANDS

The foregoing instrument was acknowledged before me this **1st** day of **FEBRUARY**, 2011, by James Macallum, who ( ) is personally known to me; or (✓) has produced **C.I. DRIVER'S LICENCE 103430b** as identification.

My commission expires: **31 JANUARY 2012**

_____
Notary Signature

**FAITH J. ANDREJAK - ZAMORA**
(Printed Name)

3