**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**VERIZON TRADEMARK SERVICES, LLC
and VERIZON LICENSING CO.,**

    Plaintiffs,

vs.                                                      Case No.: 8:10-CV-665-T-33EAJ

**THE PRODUCERS, INC., et al.,**

    Defendants.
_____/

**ORDER**

Motion:     Plaintiffs' **Unopposed Motion for Status Conference** (Dkt. 158).

Filing Date:     July 15, 2011.

Disposition:     **GRANTED**.  A status conference will be held on **Wednesday, August 10, 2011 at 11:00 a.m.** in Courtroom 11A of the Sam Gibbons United States Courthouse, located at 801 N. Florida Ave, Tampa, FL.

**DONE AND ORDERED** in Tampa, Florida on this 26th day of July, 2011.

*[signature]*
ELIZABETH A JENKINS
United States Magistrate Judge