-1-

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERIZON TRADEMARK SERVICES LLC;
and VERIZON LICENSING COMPANY,

      Plaintiffs,

v.

THE PRODUCERS, INC.; INTERCOSMOS
MEDIA GROUP INC. d/b/a DIRECTNIC.COM;
DIRECTNIC, L.L.C.; DIRECTNIC LTD.;
DOMAIN CONTENDER, L.L.C.; SIGMUND J.
SOLARES; MICHAEL H. GARDNER;
NOAH S. LIESKE; and DOES 1-10,

      Defendants.

Case No. 8:10-cv-00665-VMC-EAJ

## JOINT STIPULATION TO EXTEND PRETRIAL DATES

Plaintiffs, Verizon Trademark Services, LLC and Verizon Licensing Company, Inc., and Defendants, The Producers, Inc., Michael H. Gardner, Sigmund J. Solares and Noah S. Lieske (collectively, the "Parties")[1], hereby jointly stipulate and move this Court for an entry of an Order extending the pre-trial dates for fact and expert discovery cut-off and the designation of experts.

### I.

### MEMORANDUM

1. On August 19, 2011, the Court issued the Second Amended Case Management and Scheduling Order (DE 176) which scheduled the jury trial in this matter during the weeks of October 1, 8, 15, 22 and 29, 2012. Pursuant to the Second Amended Case Management and Scheduling Order, Plaintiffs are required to disclose the identity of any expert witnesses and

---

[1] Former defendants DirectNIC Ltd, Intercosmos Media Group dba Directnic.com, DirectNIC LLC and Domain Contender, LLC were dismissed by the Court on August 18 and 25, 2011 (DE 173, 178).

expert reports by February 3, 2012. Defendants are required to disclose the identity of any expert witnesses and expert reports by March 2, 2012. All discovery is to be completed by the parties on or before May 7, 2012.

2. On September 28, 2011, the Court issued an Endorsed Order (DE 185) "that it is the goal of this Court that a trial will be conducted in all Track Two Cases within two years after filing of the complaint." Since this case was filed on March 19, 2010, and the trial is set for October 2012, the Court advised "the parties not to seek further extensions of time in this action as further extensions would not be granted."

3. By this Stipulation, the Parties **do not** seek an extension of the dates scheduled for trial. Rather, the Parties seek to extend only the following dates:

- DISCLOSURE OF EXPERT TESTIMONY: Plaintiffs shall disclose the identity of any expert witnesses and expert reports by May 14, 2012. Defendants shall disclose the identity of any expert witnesses and expert reports by June 4, 2012.

- DISCOVERY CUTOFF: All fact discovery is to be completed by the parties on or before May 7, 2012. All expert discovery is to be completed by the parties on or before July 2, 2012.

The Parties do not anticipate that the extension of these pre-trial dates will require an extension of the trial dates.

4. The Parties seek the extension of these pre-trial dates due to the complex nature of electronic discovery encountered in this case.

5. Furthermore, Plaintiffs' attempts to seek discovery from third parties have been subject to various motions by the third parties. For example, Plaintiffs' subpoena to former defendant Intercosmos Media Group dba Directnic.com is currently the subject of a pending motion to quash in the District of Delaware.

6. Plaintiffs' subpoenas for the production of documents from third parties Keypath, LLC, Donny Simonton and Vernon Decossas were also the subject of Motions to Quash filed by

the third parties (DE 135, 136 and 137). In turn, Plaintiffs filed a Motion to Compel further documents and deposition testimony (DE 186). Judge Jenkins held a telephonic hearing on these motions on October 7, 2011 and requested the parties to meet and confer to discuss a resolution of the outstanding discovery issues between the parties. Plaintiffs and these third parties conferred on October 7 and 11, 2011 and resolved many of their disputes, which required the third parties to produce further documents by these third parties on October 18, 2011 and to permit Plaintiffs to take their depositions after all of the responsive documents have been produced. Another telephonic hearing was held on October 18, 2011 to resolve the remaining issues. On October 19, 2011, Judge Jenkins granted plaintiffs' Motion to Compel. The third parties have produced documents pursuant to that Order in November and December 2011. Plaintiffs anticipate continuing the depositions of these third parties during January of 2012.

7. Due to the delays in obtaining discovery, extending the discovery cut-off dates for fact and expert witnesses, as well as extending the date to designate expert witnesses, will allow the Parties sufficient time to complete their discovery and prepare expert witnesses. The requested extensions will not prejudice the Parties or delay the trial in this matter.

## II.

## CONCLUSION

**WHEREFORE,** the Parties respectfully request that the Court enter an order extending the following pre-trial dates:

- **DISCLOSURE OF EXPERT TESTIMONY:** Plaintiffs shall disclose the identity of any expert witnesses and expert reports by May 14, 2012. Defendants shall disclose the identity of any expert witnesses and expert reports by June 4, 2012.

- **DISCOVERY CUTOFF:** All fact discovery is to be completed by the parties on or before May 7, 2012. All expert discovery is to be completed by the parties on or before July 2, 2012.

Dated: January 12, 2012          Respectfully submitted,

| | |
|---|---|
| By: /s/Howard A. Kroll<br><br>Howard A. Kroll (Admitted *pro hac vice*)<br>Attorney for Plaintiffs<br>CHRISTIE, PARKER & HALE, LLP<br>350 West Colorado Boulevard, Suite 500<br>Pasadena, CA 91105<br>Tel.: 626-795-9900<br>Fax: 626-577-8800<br>Email: howard.kroll@cph.com<br>Trial Counsel<br><br>David J. Steele (Admitted *pro hac vice*)<br>Attorney for Plaintiffs<br>CHRISTIE, PARKER & HALE, LLP<br>18101 Von Karman Avenue, Suite 1950<br>Irvine, California 92612<br>Tel.: 949-476-0757<br>Fax: 949-476-8640<br>Email: djslit@cph.com<br>Trial Counsel | John N. Muratides<br>Florida Bar No. 332615<br>Attorney for Plaintiffs<br>STEARNS WEAVER MILLER WEISSLER<br>ALHADEFF & SITTERSON, P.A.<br>401 E. Jackson Street, Suite 2200<br>Post Office Box 3299<br>Tampa, Florida 33601<br>Tel: (813) 223-4800<br>Fax: (813) 222-5089<br>E-mail: jmuratides@swmwas.com<br><br>Mimi L. Sall<br>Florida Bar No. 436704<br>Attorney for Plaintiffs<br>STEARNS WEAVER MILLER WEISSLER<br>ALHADEFF & SITTERSON, P.A.<br>200 East Las Olas Boulevard, Suite 2100<br>Fort Lauderdale, FL 33301<br>Tel: (954) 462-9575<br>Fax: (954) 462-9567<br>E-mail: msall@swmwas.com |

Attorneys for Plaintiffs
VERIZON TRADEMARK SERVICES LLC and VERIZON LICENSING COMPANY

| | |
|---|---|
| By: /s/V. Stephen Cohen<br><br>V. Stephen Cohen (Florida Bar No. 0948756)<br>BAJO CUVA COHEN & TURKEL P.A.<br>100 N. Tampa Street, Suite 1900<br>Tampa, FL 33602<br><br>Attorneys for Defendant<br>Noah S. Lieske | By: /s/Jeffrey Carter Andersen<br>Jeffrey Carter Andersen<br>Joshua A. Mize<br>Bush Ross, PA<br>1801 N. Highland Ave.<br>P. O. Box 3913<br>Tampa, Florida 33601-3913<br><br>Attorneys for Defendant<br>Sigmund J. Solares |

| | |
|---|---|
| By: /s/Joseph T. King<br><br>William J. Schifino, Jr. (Florida Bar No. 564338)<br>Joseph T. King (Florida Bar No. 0637051)<br>WILLIAMS SCHIFINO MANGIONE & STEADY, P.A.<br>201 N. Franklin Street, Suite 3200<br>P.O. Box 380<br>Tampa, FL 33601-0380<br><br>Attorneys for Defendants<br>The Producers, Inc. and Michael H. Gardner | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

/s/Howard A. Kroll
Howard A. Kroll (Admitted *pro hac vice*)
Attorney for Plaintiffs
CHRISTIE, PARKER & HALE, LLP
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Tel.: 626-795-9900
Fax: 626-577-8800
Email: howard.kroll@cph.com

HAK PAS1152280.1-*-01/3/12 4:40 PM